Jesse **HEMINGWAY**, Plaintiff-Appellant,

v.

Miss **CHATTMAN**, H.S.A.; Mrs. Scott-Boston, H.S.A. (Trainee); Mrs. Francos, A.H.S.A.; Dr. Dicoco, Clinical Director; Dr. Piscitelli, Chronic Care Doctor; Andrage Yirga, Midlevel Provider; Mrs. McCafferthy, Nurse, Defendants-Appellees,

and

Dr. K. Prakash; Tonya Mcclellan, MLP/PA-Health Care Provider; Debrah Winbush, MLP/PA-Health Care Provider; United States of America, Defendants.

No. 17-7269

United States Court of Appeals, Fourth Circuit.

Submitted: November 16, 2017

Decided: November 21, 2017

Jesse Hemingway, Appellant Pro Se.

Before GREGORY, Chief Judge, and TRAXLER and KEENAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jesse Hemingway seeks to appeal the district court's order dismissing his claims against some of the Defendants in his civil action filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-80 (2012). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Hemingway seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*